## CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM APRIL 5, 1904, TO MAY 31, 1904.

No. 248. AMERICAN WATER WORKS AND GUARANTY COMPANY, APPELLANT, *v.* CITY OF LITTLE ROCK ET AL. Appeal from the Circuit Court of the United States for the Eastern District of Arkansas. April 8, 1904. Dismissed with costs, on authority of counsel for the appellant. *Mr. J. M. Moore* for appellant. *Mr. W. L. Terry* and *Mr. Morris M. Cohn* for appellees.

---

No. 237. JAMES F. CUNNINGHAM, PLAINTIFF IN ERROR, *v.* JOSEPHUS MORRIS. In error to the Supreme Court of the Territory of Oklahoma. April 12, 1904. Dismissed with costs, on the authority of counsel for the plaintiff in error. *Mr. S. H. Harris* for plaintiff in error.

---

No. 236. NORA ARMSTRONG, PLAINTIFF IN ERROR, *v.* BOARD OF CONTROL OF THE STATE PUBLIC SCHOOLS ET AL. In error to the Supreme Court of the State of Minnesota. April 18, 1904. Dismissed with costs, pursuant to the tenth rule. *Mr. J. A. Sawyer* for plaintiff in error. *Mr. W. A. Sperry* for defendants in error.